In the Matter of Joseph Bartkowiak, Respondent, against William Hunt, as Warden of Attica State Prison, et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Fenton E. MacCallum, Respondent, v. Fred Beal et al., Defendants, and Real Silk Hosiery Mills, Inc., Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.